

**Entered on Docket**
**December 27, 2010**

_Bruce A. Markell_
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

1 KATHLEEN A. LEAVITT
  CHAPTER 13 STANDING TRUSTEE
2 201 Las Vegas Blvd SouthSuite 200
  Las Vegas, NV  89101
3 (702) 853-0700

4

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

5 **IN RE:**                                          Chapter 13
  **ROBERTO DIAS**                                     BKS-10-31019-BAM

6                                                      Hearing Date: N/A
                    **Debtor**                         Hearing Time: N/A

7

8 **PRO SE DEBTOR**
  **Attorney for Debtor**

9          **EX-PARTE ORDER DISMISSING CHAPTER 13**
           **CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**

10

       As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not
11

filed Schedules A - J, Statement of Financial Affairs and Chapter 13 Plan as required within the
12

forty-five (45) day period, which expired on December 19, 2010.
13
. . .
14
. . .
15
. . .
16

17

18

19

20

1

1    **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2  **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3    **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as

4  and for administrative expenses from the balance on hand in this case, if any.

5    **IT IS SO ORDERED.**

6  Submitted by:

7
  /s/ Kathleen A. Leavitt
8  KATHLEEN A. LEAVITT
  CHAPTER 13 BANKRUPTCY TRUSTEE
  Dated: December 23, 2010
9  (tsw)

10

11

12

13

14

15

16

17

18

19

20